The following constitutes
the order of the court. Signed May 31, 2013



Roger L. Efremsky
U.S. Bankruptcy Judge

RCO LEGAL, P.S.
Jonathan J. Damen, Esq., #251869
Kristi M. Wells, Esq., #276865
Kristin S. Webb, Esq., #258476
Nancy Ly, Esq., #272035
Rosemary Nguyen, Esq., #265322
Erica T. Loftis, Esq., #259286

1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
714-277-4937/ Fax: 714.277.4899
Email jdamen@rcolegal.com

File No.: 7037.47931

Attorneys for Movant JPMorgan Chase Bank, National Association

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:

Glenn Jonathan Borlongan and
Cynthia Sanchez Borlongan

Debtor(s).

Bk. No. 10-73694-RLE
Judge Roger L. Efremsky
Chapter 13

*ORDER APPROVING LOAN MODIFICATION AGREEMENT OR FOR AN ORDER PERMITTING THE PARTIES TO ENTER INTO SUCH AN AGREEMENT*

On May 7, 2013, above named Movant filed a Motion for Order Approving Loan Modification Agreement. The court finds that the notice of the motion was proper. Movant has not received any timely opposition to the motion.

The Court's approval of the modification agreement shall not be construed as approval of the specific terms of the loan modification agreement, but approval of the parties' ability to enter into the loan modification agreement.

*** END OF ORDER ***

ORDER APPROVING LOAN MODIFICATION AGREEMENT OR FOR AN ORDER PERMITTING THE PARTIES TO ENTER INTO SUCH AN AGREEMENT

COURT SERVICE LIST

Glenn Jonathan Borlongan
5049 Beldin Lane
Oakley, CA 94561

Cynthia Sanchez Borlongan
5049 Beldin Lane
Oakley, CA 94561

**Court Service List**