Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
of the
NORTHERN DISTRICT OF CALIFORNIA

In Re

Glenn Jonathan Borlongan
Cynthia Sanchez Borlongan

Chapter 13 Case Number:
10-73694-RLE13

Debtors(s)

**ACCOUNTING OF CHAPTER 13 PLAN PAYMENTS**

The Trustee represents that as of March 28, 2016, all the payments owed by the above named debtor(s) in the Chapter 13 Case filed on November 29, 2010 and confirmed by the Court, have been paid.

DATE: March 29, 2016

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee